LIBERINA IACONO et al., Respondents, *v.* NEW YORK POLYCLINIC MEDICAL SCHOOL AND HOSPITAL, Appellant.

Argued June 3, 1946; decided July 23, 1946.

*William B. Shelton, Vincent F. O'Rourke* and *John J. O'Connor* for appellant.

*David C. Broderick, Charles S. Vaccaro* and *Caesar B. F. Barra* for respondents.

Judgment affirmed, with costs. From the evidence and under the instructions of the court the jury could have found that the plaintiff's injury was caused by a defect in the hot water bag or neglect in failing to properly tighten the cap to prevent leaking.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.